IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LORETTA STARR | : | CIVIL ACTION |
| Plaintiff | : | |
| vs. | : | NO. 08-1538 |
| C.R. BARD, INC., et al., Defendants. | : | |

**ORDER**

**AND NOW,** this 15th day of April, 2008, the Court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

[] - Order staying these proceedings pending disposition of a related action.

[] - Order staying these proceeding pending determination of arbitration proceedings.

[] - Interlocutory appeal filed

[X] - Other: Order staying these proceedings pending MDL transfer order in the near future to District of Rhode Island.

it is

**ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

**FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

**BY THE COURT:**

s/paul s. diamond

PAUL S. DIAMOND , J.