SPECIAL, SUSPENSE

# United States District Court
# Eastern District of Pennsylvania (Philadelphia)
# CIVIL DOCKET FOR CASE #: 2:08−cv−01538−PD

STARR v. C.R. BARD, INC.
Assigned to: HONORABLE PAUL S. DIAMOND
Cause: 28:1332 Diversity−Personal Injury

Date Filed: 04/01/2008
Date Terminated: 04/16/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**LORETTA STARR**

represented by **DANIEL N. GALLUCCI**
RODA &NAST PC
801 ESTELLE DRIVE
LANCASTER, PA 17601
717−892−3000
Email: dgallucci@rodanast.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**C.R. BARD, INC.**

**Defendant**

**DAVOL, INC.**

| Date Filed | # | Docket Text |
|---|---|---|
| 04/01/2008 | Ï 1 | COMPLAINT against C.R. BARD, INC., DAVOL, INC. ( Filing fee $ 350 receipt number 947184), filed by LORETTA STARR.(jmv, ) (Entered: 04/01/2008) |
| 04/01/2008 | Ï | DEMAND for Trial by Jury by LORETTA STARR. (jmv, ) (Entered: 04/01/2008) |
| 04/01/2008 | Ï | Summons Issued as to C.R. BARD, INC., DAVOL, INC. Forwarded To: 2 Origs mailed to counsel on 4/1/08 (jmv, ) (Entered: 04/01/2008) |
| 04/16/2008 | Ï 2 | ORDER THAT THE CLERK OF COURT MARK THIS ACTION CLOSED FOR STATISTICAL PURPOSES AND PLACE THE MATTER IN THE CIVIL SUSPENSE FILE. ( SIGNED BY HONORABLE PAUL S. DIAMOND ON 4/15/08. ) 4/16/08 ENTERED AND COPIES MAILED, E−MAILED.(gn, ) (Entered: 04/16/2008) |
| 06/10/2008 | Ï 3 | Certified Copy of Conditional Transfer Order (CTO−19) from the Judicial Panel on Multidistrict Litigation transferrsing the case to the District of Rhode Island for coordinated or consolidated pretrial proceedings. (gn, ) (Entered: 06/11/2008) |